# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-1439

_____

United States of America,

      Appellee,

v.

Leroy Laron Eason,

      Appellant.

\*
\*
\*
\*  Appeal from the United States
\*  District Court for the
\*  Eastern District of Missouri.
\*
\*  [UNPUBLISHED]
\*

_____

Submitted: August 23, 2010
Filed: August 23, 2010

_____

Before LOKEN, MURPHY, and BENTON, Circuit Judges.

_____

PER CURIAM.

Federal inmate Leroy Eason appeals the district court's[1] order denying his motion to compel the government to move for a post-conviction sentence reduction. After careful review, we find the district court did not abuse its discretion in denying Eason's motion, because he did not meet his burden of showing that the government's refusal to move for a sentence reduction was premised on an unconstitutional motive

_____

[1]The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.

or was not rationally related to a legitimate government end. *See United States v. Marks*, 244 F.3d 971, 975 (8th Cir. 2001).

Accordingly, we affirm the judgment of the district court.

_____